**Tyroné LUCAS, Plaintiff–Appellant,**

v.

**Angela BROWN, DHO; Captain Kevin Ford; Captain E. Bittenger; Captain Gaskins; Lieutenant Alice Fleming; Lieutenant Audrey Price; Officer Shannon Dean; Officer Sauls; Officer Donald Tucker; Officer Patricia Cook; Vernon Tucker; Ms. Florence Kline; Ms. Annason, Defendants–Appellees.**

No. 10–7446.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 5, 2011.

Tyrone Lucas, Appellant Pro Se. Steven Barry Johnson, Lee Erter Wilson Holler & Smith, LLC, Sumter, South Carolina, for Appellees.

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lucas appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lucas v. Brown*, No. 1:09–cv–01601–TLW, 2010 WL 3724677 (D.S.C. Sept. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*